RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Crystal@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW BUMGARDNER,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES RIVER INSURANCE COMPANY; RAISER, LLC dba UBER; UBER TECHNOLOGIES, INC, dba UBER; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | CASE NO.:  2:20-cv-00381-KJD-BNW<br><br><br>**STIPULATION AND**<br>**ORDER TO EXTEND OPPOSITION**<br>**DEADLINE** |

WHEREAS the Defendants' filed a Motion to Strike pursuant to FRCP 12(f) on March 3, 2020; and

WHEREAS the current opposition deadline in this matter is March 17, 2020.

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel

. . .

. . .

. . .

of record, that the deadline for the Plaintiff to file an Opposition to Defendants' Motion to Strike pursuant to FRCP 12(f) shall be extended from March 17, 2020, to March 24, 2020.

DATED this 17th day of March, 2020.          DATED this 17th day of March, 2020.

**RICHARD HARRIS LAW FIRM**          **WOOD SMITH HENNING & BERMAN LLP**

/s/ *Crystal Y. Case*          /s/ *Jason W. Williams*

RICHARD A. HARRIS, ESQ.          JASON W. WILLIAMS, ESQ.
Nevada Bar No. 505          Nevada Bar No. 8310
CRYSTAL Y. CASE, ESQ.          2881 Business Park Court, Suite 200
Nevada Bar No. 14495          Las Vegas, Nevada 89128
801 South Fourth Street          Phone: (702) 363-5100
 Las Vegas, Nevada 89101          *Attorney for Defendants Uber Technologies*
*Attorneys for Plaintiff*          *and Rasier, LLC*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the deadline for the Opposition to Defendants' Motion to Strike pursuant to FRCP 12(f) is extended from March 17, 2020, to March 24, 2020.

_____

Kent J. Dawson, U.S. District Judge

DATED: March 19, 2020 _____

Submitted by:
**RICHARD HARRIS LAW FIRM**

_/s/ *Crystal Y. Case*_____

RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*