CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Crystal@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW BUMGARDNER,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY; RAISER, LLC dba UBER; UBER TECHNOLOGIES, INC, dba UBER; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-00381-KJD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS <u>WITHOUT</u> PREJUDICE AS TO DEFENDANTS RASIER, LLC dba UBER and UBER TECHNOLOGIES, INC., dba UBER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, MATTHEW BUMGARDNER, and Defendants, RASIER, LLC erroneously sued as Rasier, LLC dba Uber and UBER TECHNOLOGIES, INC. erroneously sued as Uber Technologies, Inc. dba Uber, by and through their undersigned counsel of record, that the Complaint filed in in the above captioned matter be dismissed <u>without</u> prejudice as to only RASIER, LLC and UBER TECHNOLOGIES, INC, with all parties to bear their own costs, attorney's fees and interest.

DATED this <u>11th</u> day of June, 2020.

| | |
|---|---|
| **RICHARD HARRIS LAW FIRM** | **WOOD, SMITH, HENNING & BERMAN** |
| /s/ *Crystal Y. Case* | /s/ *Jason W. Williams* |
| CRYSTAL Y. CASE, ESQ.<br>Nevada Bar No. 14495<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | JASON W. WILLIAMS, ESQ.<br>Nevada Bar No. 8310<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128<br>Attorney for Rasier, LLC, Uber Technologies, Inc. |

**O R D E R**

Based upon the foregoing Stipulation and Order to Dismiss Without Prejudice as to Defendants Rasier, LLC and UBER Technologies, Inc.

IT IS SO ORDERED.

DATED this 12th day of June, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**RICHARD HARRIS LAW FIRM**

/s/ *Crystal Y. Case*
CRYSTAL Y. CASE, ESQ.
Nevada Bar No. 14495
801 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

