LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW BUMGARDNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES RIVER INSURANCE COMPANY; RAISER, LLC dba UBER, UBER TECHNOLOGIES INC, dba UBER; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No.  2:20-cv-00381-KJD-BNW<br><br>**STIPULATION AND ORDER STAY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Matthew Bumgardner by and thorgh his attorney of record, Samantha A. Martin, Esq. of Richard Harris Law Firm and Defendant James River Insurance Company by and through its attorneys of record, Lucian J. Greco, Jr, Esq., Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP,

///

that this action shall be stayed pending resolution of Plaintiff's claim with Atlantic Specialty Insurance Company.

    IT IS FURTHER STIPULATED AND AGREED that following resolution of Plaintiff's claim with Atlantic Specialty Insurance Company, the parties will hold another 26(f) conference to re-set the discovery deadlines and submit a revised Joint Discovery Plan and Scheduling Order.

| | |
|---|---|
| Dated this 18th day of February, 2021 | Dated this 18th day of February, 2021 |
| RICHARD HARRIS LAW FIRM | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: /s/ Samantha A. Martin<br>Samantha A. Martin, Esq.<br>Nevada Bar No. 12998<br>Attorney for Plaintiff<br>Matthew Bumgardner | By: /s/ Deleela M. Weinerman<br>Lucian J. Greco, Jr, Esq.<br>Nevada Bar No. 10600<br>Jared G. Christensen, Esq.<br>Nevada Bar No. 11538<br>Deleela M. Weinerman, Esq.<br>Nevada Bar No. 13985<br>Attorneys for Defendant,<br>James River Insurance Company |

## ORDER

    IT IS ORDERED that the parties' stipulation is GRANTED. This matter is STAYED pending resolution of plaintiff's claim with Atlantic Specialty Insurance Company.

    IT IS FURTHER ORDERED that the parties must submit a joint status report 60 days from today's order concerning the status of plaintiff's claim with Atlantic Specialty Insurance Company. Subsequent status reports are due every 60 days.

**IT IS SO ORDERED**

**DATED:** 11:23 am, February 23, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**