LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW BUMGARDNER,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES RIVER INSURANCE COMPANY; RAISER, LLC dba UBER, UBER TECHNOLOGIES INC, dba UBER; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | Case No.  2:20-cv-00381-KJD-BNW<br><br>**THIRD JOINT STATUS REPORT REGARDING STAY OF MATTER AND PLAINTIFF'S CLAIM WITH ATLANTIC SPECIALTY INSURANCE COMPANY** |

Plaintiff, Matthew Bumgardner by and through his attorneys of record, Richard A. Harris, Esq. and Samantha A. Martin, Esq. of Richard Harris Law Firm, and Defendant, James River Insurance Company by and through its attorneys of record, Lucian J. Greco, Jr, Esq., Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, hereby respectfully

submit their Third Joint Status Report as follows:

## I. CASE STATUS

This case involves claims for underinsured motorist ("UIM") benefits arising from a motor vehicle collision. The parties filed a Stipulation and Order to Stay pending resolution of Plaintiff's claim with Atlantic Speciality Insurance Company. Plaintiff has submitted a demand and all supporting documentation to Atlantic Specilaity Insurance Company and the claim is still pending. Atlantic Speciality Insurance Company has sent out requests for Plaintiff's records, but is still waiting on responses from some of the providers. Once Atlantic recevied the records, Atlantic will send the records to a bill review company to process.

## II. ACTION REQUIRED TO BE TAKEN BY THE COURT

None.

DATED this 20th of September 2021                DATED this 20th of September 2021

**RICHARD HARRIS LAW FIRM**                      **BREMER WHYTE BROWN & O'MEARA LLP**

 /s/ Samantha A. Martin                           /s/ Deleela M. Weinerman
Richard A. Harris, Esq.                          Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 505                         Nevada State Bar No. 10600
Samantha A. Martin, Esq.                         Jared G. Christensen, Esq.
Nevada State Bar No. 12998                       Nevada State Bar No. 11538
*Attorneys for Plaintiff,*                       Deleela M. Weinerman, Esq.
*Matthew Bumgardner*                             Nevada State Bar No. 13985
                                                 *Attorneys for Defendant,*
                                                 *James River Insurance Company*

### Order

IT IS ORDERED that another joint status report is due by November 20, 2021.

IT IS SO ORDERED
DATED: 10:07 am, September 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2