JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW BUMGARDNER, | Case No.  2:20-cv-00381-KJD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY; RAISER, LLC dba UBER, UBER TECHNOLOGIES INC, dba UBER; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Matthew Bumgardner by and through his attorneys of record, Richard A. Harris, Esq. and Samantha A. Martin, Esq. of Richard Harris Law Firm, and Defendant, James River Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, that all of Plaintiff's claims against James River Insurance Company

///

1    be dismissed, with prejudice, the parties to each bear their own fees and costs.

2    Dated this 9th day of August, 2022          Dated this 17th day of August, 2022

3    RICHARD HARRIS LAW FIRM                BREMER WHYTE BROWN &
                                             O'MEARA, LLP
4

5    By: /s/ Samantha A. Martin              By: /s/ Deleela M. Weinerman
6    Richard A. Harris, Esq.                 Jared G. Christensen, Esq.
     Nevada Bar No. 505                      Nevada Bar No. 11538
7    Samantha A. Martin, Esq.                Deleela M. Weinerman, Esq.
     Nevada Bar No. 12998                    Nevada Bar No. 13985
8    Attorney for Plaintiff                  Attorneys for Defendant,
9    Matthew Bumgardner                      James River Insurance Company

10

11                             **ORDER**

12                      **IT IS SO ORDERED:**

13

14

15                   _____

                      **UNITED STATES DISTRICT JUDGE**
16

17                   Dated: _____
18

19

20       The  **STIPULATION   AND   ORDER   FOR   DISMISSAL   WITH**

21   **PREJUDICE)** in 2:20-cv-00381-KJD-BNW was submitted by:

22   BREMER WHYTE BROWN & O'MEARA LLP

23

24   By: /s/ Deleela M. Weinerman, Esq.
     Jared G. Christensen, Esq.
25   Nevada State Bar No. 11538
     Deleela M. Weinerman
26   Nevada State Bar No. 13985
     *Attorneys for Defendant,*
27   *James River Insurance Company*

28

                              2