JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW BUMGARDNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; RAISER, LLC dba UBER, UBER TECHNOLOGIES INC, dba UBER; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | Case No.  2:20-cv-00381-KJD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Matthew Bumgardner by and through his attorneys of record, Richard A. Harris, Esq. and Samantha A. Martin, Esq. of Richard Harris Law Firm, and Defendant, James River Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, that all of Plaintiff's claims against James River Insurance Company

///

be dismissed, with prejudice, the parties to each bear their own fees and costs.

Dated this 9th day of August, 2022

RICHARD HARRIS LAW FIRM

By: /s/ Samantha A. Martin
Richard A. Harris, Esq.
Nevada Bar No. 505
Samantha A. Martin, Esq.
Nevada Bar No. 12998
Attorney for Plaintiff
Matthew Bumgardner

Dated this 17th day of August, 2022

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Deleela M. Weinerman
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated:  8/22/22

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:20-cv-00381-KJD-BNW was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman, Esq.
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*James River Insurance Company*

2